UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                    Case No. 08-CR-209

TWANDA L. HUDSON,

    Defendant.

## ORDER DENYING MOTION FOR RECONSIDERATION

Twanda L. Hudson plead guilty to Possession with Intent to Distribute more than 5 grams of Cocaine base in the form of crack cocaine contrary to 21 U.S.C. § 841(a)(1). The offense carried a minimum term of imprisonment of 5 years and a maximum term of 40 years. The offense also called for a period of supervised release of at least 4 years, up to life. 21 U.S.C. § 841(b)(1)(B)(iii). On February 10, 2009, the defendant was sentenced to 60 months in prison, followed by 10 years of supervised release. Defendant has now filed a motion for reconsideration requesting that the Court reduce the term of her supervised release and provide credit for pretrial incarceration.

The motion is denied. The term of supervised release imposed by the Court falls within the range set by statute. Defendant did not appeal on this issue and cites no authority which would authorize the Court to modify it, even if it concluded that modification was appropriate, at this point in the proceedings. As to credit for time spent in jail, this is a matter for the Bureau of Prisons. "After a district court sentences a federal offender, the Attorney General, through the BOP [Bureau of Prisons], has the responsibility for administering the sentence." *United States v. Wilson*, 503 U.S.

329, 335 (1992). The BOP has detailed procedures and guidelines for determining credit available to prisoners. Federal regulations afford prisoners administrative review of the computation of their credits and it is through these procedures that Hudson must pursue her claim that she did not receive proper credit.

Accordingly, and for the reasons set forth above, the motion for reconsideration is denied.

Dated this __28th__ day of October, 2010.

                                                s/ William C. Griesbach
                                                William C. Griesbach
                                                United States District Judge