UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                        Case No. 08-cr-209-pp

TWANDA L. HUDSON,

      Defendant.

**ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE (DKT. NO. 52)**

On February 10, 2009, Chief Judge Griesbach sentenced the defendant to serve sixty months in custody, followed by ten years of supervised release. Dkt. Nos. 25, 26. She began her supervised release term on March 19, 2014.

In the beginning, things did not go well for the defendant on supervised release. In September of 2014—only a few months after her supervised release started—Judge Griesbach modified the defendant's supervised release conditions because she had a physical confrontation with someone and violated other conditions of supervised release. Dkt. No. 39. In February 2015, probation initiated revocation proceedings. Dkt. No. 40. This court did not revoke the defendant, but adjourned the hearing to give her the opportunity to show that she could comply with the conditions of her release. Dkt. No. 46. By the date of the adjourned hearing, however, the probation officer reported that the defendant had been doing very well—she had a job, was participating in

adult education, was participating in counseling and was demonstrating a positive attitude. The court strongly encourage her to keep up the good work. Dkt. No. 47.

In May of 2017—two years later—the defendant asked the court to terminate her supervised release early. Dkt. No. 48. At that time, the court denied her request. Dkt. No. 51. The court agreed that the defendant had done some good work in the past two years—she'd earned her HSED and had been complying with the conditions of release. But the court also noted that the defendant had not really gone "above and beyond" what was required of her, and that she'd been on supervised release for less than four years of a ten-year term. Id. The court encouraged the defendant to "seek out a post-secondary educational program," and to talk with her probation officer about what she would need to do to get her supervision transferred once she found such a program. The court told the defendant that she could renew her request for early termination if she demonstrated "truly impressive adjustment on supervised release." Id. at 4.

That was one year and one month ago. Since then, the defendant has enrolled in MATC, and completed three semesters and earned fifteen credits toward her degree. She plans to register for the fall semester when that registration opens. She is studying business management. Dkt. No. 52. She has been doing temporary work at Manpower. She has been helping her sister with family responsibilities. She has been doing community service with her church. Id. Her probation officer indicates that her adjustment has, indeed,

been impressive. The government does not object to her renewed request that the court terminate her supervised release early. Dkt. No. 54.

The court congratulates the defendant for showing her probation officer, the government and this court that she is capable of turning her life around. The change in the defendant's compliance from the first few months of her supervision to the past year is, just as her probation officer says, impressive. She is doing more than simply not getting into trouble; she is working to create a new life for herself, and helping others along the way. The court agrees that the defendant has demonstrated over the past couple of years that she has accepted responsibility for her actions, learned from her mistakes and moved on to better things. The court is pleased and proud to grant the defendant's motion.

The court **GRANTS** the defendant's motion for early termination of supervised release. Dkt. No. 52. The court **ORDERS** that the defendant's supervised release term is **TERMINATED**.

Dated in Milwaukee, Wisconsin this 3rd day of July, 2018.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**United States District Judge**
